STATE v. O'NEAL

No. 536P94

Case below: 116 N.C.App. 390

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.

STATE v. QUICK

No. 459A94

Case below: 116 N.C.App. 362

Petition by Attorney General for writ of supersedeas allowed 8 December 1994.

STATE v. ROBINSON

No. 511P94

Case below: 116 N.C.App. 363

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.

STATE v. SPELLMAN

No. 444P94

Case below: 116 N.C.App. 363

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.

STATE v. TAYLOR

No. 403P94

Case below: 115 N.C.App. 732

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.